UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIAM MANGERSON,<br><br>      Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>      Defendants. | Case No. 2:18-cv-00293-JVB-JEM |

## STIPULATION TO DISMISS

NOW COMES the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through its attorneys HINSHAW & CULBERTSON LLP and Plaintiff, WILLIAM MANGERSON, by counsel Mark D. DeBofsky, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved. The Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own costs.

Respectfully submitted,

By:   s/ Mark D. DeBofsky
     Mark D. DeBofsky
     DeBofsky Sherman & Casciari P.C.
     200 W. Madison St., Suite 2670
     Chicago, Illinois 60606
     (312) 561-4040
     mdebofsky@debofsky.com

By:   s/ Jennifer Kalas
     Jennifer Kalas (17396-64)
     HINSHAW & CULBERTSON LLP
     Attorney for Defendant
     322 Indianapolis Blvd., Suite 201
     Schererville, IN 46375